# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WACHOVIA SECURITIES, LLC,** | **Case No: 8:06-CV-00233** |
| Plaintiff, | |
| v. | **ORDER** |
| **MICHAEL J. RIDDLE,** | |
| Defendant. | |

This matter came before the Court on the Motion for Leave to Withdraw as Counsel filed by Plaintiff Wachovia Securities, LLC in the above-captioned matter. The court finds that the motion should be granted, as follows:

**IT IS ORDERED:**

1. The Motion for Leave to Withdraw (#7) is granted and Diane C. Fischer and Thomas A. Volz are hereby deemed withdrawn as counsel for Plaintiff, Wachovia Securities, LLC. The Clerk shall terminate all further notices as to Ms. Fischer and Mr. Volz.

2. For purposes of this case, Diane C. Fischer and Thomas A. Volz are excused from registering for admittance to practice and registering for the court's CM/ECF System.

**DATED March 1, 2006.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**