IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WACHOVIA SECURITIES, LLC, | ) | 8:06CV233 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL J. RIDDLE, | ) | |
| | ) | |
| Defendant. | ) | |

　　　　IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 12) is granted, as follows:

　　　　Plaintiff shall have until April 10, 2006, to respond to Defendant's motion to dismiss (filing 10).

　　　　March 27, 2006.　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　United States District Judge