IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WACHOVIA SECURITIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV233 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. RIDDLE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The parties' motion to stay of these proceedings while they pursue final settlement negotiations, filing 17, is granted, and

1. Except to the extent the parties continue to work toward settlement and file documents or otherwise inform the court of the status or outcome of those negotiations, the proceedings in this case are stayed until May 18, 2006.

2. On or before May 18, 2006, the parties shall advise the court as to whether this case is settled.

DATED this 3rd day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge