IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WACHOVIA SECURITIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV233 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. RIDDLE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's oral motion for extension of deadline is granted and the stay deadline set in the order of May 3, 2006 (filing 18) is extended until June 1, 2006. On or before June 1, 2006, the parties shall advise the court as to whether this case is settled.

DATED this 18th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge