IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WACHOVIA SECURITIES, LLC,                          CASE NO: 8:06-CV-233

                    Plaintiff,

         v.                                                    ORDER

MICHAEL J. RIDDLE,

                    Defendant.

         This matter comes before the Court on Wachovia Securities, LLC's Motion For Leave to File

Brief in Opposition to Defendant's Motion for Stay Out of Time.  After giving consideration to the

Motion and being fully advised in the premises,

         IT IS ORDERED the Motion for Leave to File Brief in Opposition to Defendant's Motion

for Stay Out of Time, filing 23, is hereby granted and said brief shall be deemed received by the

Court.

         Dated this 12th day of June, 2006.


                                        BY THE COURT

                                        s/ *David L. Piester*

                                        David L. Piester
                                        United States Magistrate Judge


4843-8254-2337.1